Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd. Suite 340,
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@toddflaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUANE HAHN, | Case No. 5:22-cv-02048-RSWL-KK |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| TRANS UNION LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted March 15, 2023

Stipulation to Dismiss- 1

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: __/s/ Todd M. Friedman
Todd M. Friedman
Attorney for Plaintiff

Date: March 15, 2023

By: __/s/ Kyle E. Pietrzak
Kyle E. Pietrzak
Attorney for Defendant

### Signature Certification

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: March 15, 2023

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:   /s/ Todd M. Friedman
Todd M. Friedman, Esq.

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On March 15, 2023, I served a true copy of the Joint Stipulation to Dismiss with Prejudice on all counsel of record via the ECF Filing System:

Executed on March 15, 2023.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:     /s/ Todd M. Friedman
        Todd M. Friedman, Esq.
        Attorney for Plaintiff